## CITY OF NEW HAVEN *v.* LOCAL 884, COUNCIL 4, AFSCME, AFL-CIO

NORCOTT, J., did not participate in the consideration or decision of this petition.

*J. William Gagne, Jr.*, in support of the petition.

*Audrey C. Kramer*, assistant corporation counsel, in opposition.

Decided October 12, 2000

## BOARD OF EDUCATION OF THE TOWN AND BOROUGH OF NAUGATUCK *v.* TOWN AND BOROUGH OF NAUGATUCK ET AL.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16399.

*Mark J. Sommaruga*, in support of the petition.

Decided October 12, 2000